John W. Stokes, U. S. Atty., Charles A. Pannell, Jr., Atlanta, Ga., for respondent-appellee.

Before GEWIN and GOLDBERG, Circuit Judges.

PER CURIAM:

Affirmed.[1]  See Local Rule 21.[2]

John W. Stokes, U. S. Atty., E. Ray Taylor, Jr., Asst. U. S. Atty., Atlanta, Ga., for respondents-appellees.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed.  See Local Rule 21.[1]

**John B. TARLTON, Jr., and Harry Boyd, Petitioners-Appellants,**

v.

**Honorable John N. MITCHELL, Attorney General of the United States, etc., et al., Respondents-Appellees.**

No. 71-1823

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Aug. 18, 1971.

John B. Tarlton, Jr., Asst. U. S. Atty., pro se.

Harry Boyd, pro se.

**Joseph F. GREEN, Petitioner-Appellant,**

v.

**UNITED STATES of America, Respondent-Appellee.**

No. 19915.

United States Court of Appeals, Sixth Circuit.

April 16, 1970.

---

1. It is appropriate to dispose of this pro se case summarily, pursuant to this Court's Local Rule 9(c), (2), appellant having failed to file a brief within the time fixed by Rule 31, Federal Rules of Appellate Procedure. Kimbrough v. Beto, Director, 5th Cir. 1969, 412 F.2d 981.

2. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F. 2d 966.

* Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F. 2d 966.